# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Straub Construction, Inc. | ) | ASBCA No. 60133 |
| | ) | |
| Under Contract No. W912PL-10-C-0040 | ) | |

APPEARANCES FOR THE APPELLANT:    Marion T. Hack, Esq.
John H. Conrad, Esq.
  Pepper Hamilton, LLP
  Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Lawrence N. Minch, Esq.
Joseph E. Merrion, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60133, Appeal of Straub Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals